Chandra Leigh Peterson, CA 306935
Assistant Federal Public Defender
Email: Chandra_peterson@fd.org
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
(503) 326-2123 Telephone
Attorney for Mr. Wolf

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>     v.<br><br>DENI JUNGIC WOLF,<br><br>                        Defendant. | Case No. 3:25-cr-371-IM<br><br>DECLARATION OF COUNSEL IN SUPPORT OF UNOPPOSED MOTION TO CONTINUE TRIAL DATE |

I, Chandra Leigh Peterson, declare:

1. I am counsel of record in this matter for the defendant, Deni Jungic Wolf.

2. A continuance of the current trial date of November 18, 2025, to a date at least 120 days from the present setting is necessary as more time is required to continue discovery review, identify necessary research and investigation tasks to be conducted, consult with and effectively advise Mr. Wolf, and adequately prepare the case.

3. I have spoken with Mr. Wolf and explained the reasons for requesting a continuance and his rights under the Speedy Trial Act. Mr. Wolf agrees with the reasons for the continuance and waives his rights to a speedy trial.

Page 1     DECLARATION OF COUNSEL IN SUPPORT OF UNOPPOSED MOTION TO CONTINUE
                TRIAL DATE

4. Assistant United States Attorney Paul T. Maloney has been contacted and does not object to this continuance.

5. This declaration is made in good faith and in support of the motion for continuance of the trial date in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed on October 20, 2025, in Portland, Oregon.

                                              */s/ Chandra Leigh Peterson*
                                              Chandra Leigh Peterson
                                              Attorney for Mr. Wolf