Chandra Leigh Peterson, CA 306935
Federal Public Defenders Office
Email: chandra_peterson@fd.org
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Attorney for Mr. Wolf

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-cr-00371-JR-1 |
| Plaintiff, | |
| v. | SENTENCING MEMORANDUM |
| DENIS JUNIC WOLF, | |
| Defendant. | |

Denis Junic Wolf, through his attorney, Chandra Leigh Peterson, submits this Sentencing Memorandum in anticipation of his upcoming sentencing hearing on May 27, 2026. On March 4, 2026, Mr. Wolf pled guilty to Count 1 of a superseding information alleging simple assault on a federal officer in violation of Title 18, United States Code, Section 11 l(a)(l), a Class A misdemeanor. in the above-referenced cause number. Mr. Wolf joins the recommendation by U.S. Probation and is respectfully asking this Court to sentence him to time served with one year of supervised release.

Dated: May 20, 2026.

/s/ Chandra Leigh Peterson
Chandra Leigh Peterson, CA 306935

Page 1 – SENTENCING MEMORANDUM